## WILLS V. SMITH, ET AL.

*Equity.*

(Decided Nov. 28, 1907.)

APPEAL from Lamar Chancery Court.
Heard before Hon. W. H. SIMPSON.
J. C. MILLNER, for appellant.
WALTER NESMITH, for appellee.
Per curiam.—Affirmed for want of assignment of errors.

---

## WILLIAMS V. ALABAMA STATE LAND CO.

*Ejectment.*

(Decided Nov. 28, 1907.)

APPEAL from Tuscaloosa County Court.
Heard before Hon. H. B. FOSTER.
WARD & WARD, for appellant.
HENRY FITTS, for appellee.
Per curiam.—Dismissed for want of prosecution.

---

## WRIGHT V. CUNNINGHAM.

*Assumpsit.*

(Decided Nov. 28, 1907.)

APPEAL from Walker Circuit Court.
Heard before Hon. A. A. COLEMAN.
M. L. LEITH, and J. D. ACUFF, for appellant.
BANKHEAD & BANKHEAD, for appellee.
Affirmed. Opinion by TYSON, C. J.
DOWDELL, ANDERSON and McCLELLAN, JJ., concur.